

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

_____

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

November 3, 2025

**BY EMAIL**
The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      **Re:**    ***United States v. Dionte Williams*, 24 Mag. 2891**

Dear Judge Krause:

      The Government respectfully writes to request that the Court unseal the Complaint in the above-captioned matter.

                          Respectfully submitted,

                          JAY CLAYTON
                          United States Attorney

             By:_____
                          Jorja N. Knauer
                          Assistant United States Attorney
                          (914) 993-1919

cc:     Benjamin Gold, Esq. (by email)

APPLICATION GRANTED.

Dated: November 3, 2025

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge